Jeremy C. Dzubay (SB# 238649)
1333 Camino Del Rio South 201B
San Diego CA 92108
Tel: (619) 683-7666
Fax: (619) 683-7672
jdzubay@rocketmail.com

FILED
2007 APR -3 AM 10: 52
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>vs.<br><br>**PEDRO SANCHEZ-ESPINOZA,**<br>Defendant. | Case No.: 07-CR-0217-BEN-01<br><br>**ORDER SUBSTITUTING JEREMY DZUBAY FOR E.J.COX AS ATTORNEY FOR PEDRO SANCHEZ** |

**IT IS SO ORDERED.**

DATED: 3/29/07

By: _____
Honorable District Court Judge

SUBSTITUTION OF ATTORNEY AND
ORDER THEREOF

Case No. 07-CR-0217